# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Angelica Mitchell

                         Plaintiff,

v.                                        Case No.: 1:18–cv–07475
                                        Honorable Harry D. Leinenweber

Electric Beach Tanning Salon Ltd, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 30, 2019:

       MINUTE entry before the Honorable Harry D. Leinenweber: Ruling on motion hearing held. Plaintiff's Motion for Entry of Judgment [30] is granted. The Court enters judgment in favor of Plaintiff against Defendant in the amount of $11,400 in statutory damages and $5,000 for attorney's fees and costs. Plaintiffs motion for additional attorneys fees [31] is denied. Civil case terminated. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.