ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Angelica Mitchell ,

Plaintiff(s),

v.

Electric Beach Tanning Salon Ltd et al ,

Defendant(s).

Case No. 18 C 7475
Judge Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Angelica Mitchell
and against defendant(s) Electric Beach Tanning Salon Ltd et al
in the amount of $ ,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Harry D. Leinenweber presiding, and the jury has rendered a verdict.
☐ tried by Judge Harry D. Leinenweber without a jury and the above decision was reached.
☒ decided by Judge Harry D. Leinenweber on a motion.

Date: 4/30/2019

Thomas G. Bruton, Clerk of Court

Melanie A. Foster, Deputy Clerk